**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

In re

**Heath Alan Jackson**  Case No. **07-61630-WA1-13**

**Anna Christy C. Jackson**  Chapter 13

    Debtor(s)

**ORDER CONFIRMING PLAN**

The Chapter 13 Plan filed by the Debtor(s) on January 23, 2008, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that**:

(1) the Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order c of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:

**Debtors' counsel shall submit an amended wage deduction order to match the amount in the confirmed plan within ten days of the date of entry of this order.**

**Creditor <u>Dell</u> to be paid a total of $206.03.**

**The Trustee retains his Disposable Income Objection, and the Trustee's Motion to Dismiss on this basis is continued to April 10, 2008 to review disposable income; Debtor(s) have no objection.**

Date: February 14, 2008

/s/ Herbert L. Beskin

Herbert L. Beskin, Trustee                                 United States Bankruptcy Judge

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.